**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd., Ste. 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
VASIL POPOV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASIL POPOV, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>TOTAL CREDIT RECOVERY, INC.,<br><br>          Defendant(s). | Case No.: 8:20-cv-01265-JLS-ADS<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOW COMES Plaintiff, VASIL POPOV ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses his individual and putative class claims *without* prejudice.

|   |   |   |
|---|---|---|
| Dated: September 25, 2020 | RESPECTFULLY SUBMITTED,<br>**MARTIN & BONTRAGER, APC**<br><br>By: /s/ G. Thomas Martin, III<br>G. Thomas Martin, III<br>*Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Voluntary Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.

                                                    By: /s/ G. Thomas Martin, III
                                                      G. Thomas Martin, III, Esq.