FILED
CLERK, U.S. DISTRICT COURT

September 25, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar | ORDER OF THE CHIEF JUDGE |
| of | **20-127** |
| Judge MARK C. SCARSI | |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mark C. Scarsi,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Josephine L. Staton to the calendar of Judge Mark C. Scarsi:

| | |
|---|---|
| 2:17-cv-06554-JLS-JC | Albert Camacho v. D. Ascencion |
| 2:18-cv-10108-JLS-SP | Alex Medrano v. Acosta, et al. |
| 2:19-cv-03809-JLS | In Re: Catherine Trinh |
| 2:20-cv-06584-JLS-E | Tina Lashawn Brown v. Michael Pallares |
| 5:19-cv-01968-JLS-KKx | Juan Pacheco Lopez v. LKQ Corporation, et al. |
| 5:20-cv-01732-JLS-KKx | Jennifer Beltran v. Medical Depot, Inc et al |
| 8:18-cv-02010-JLS-DFMx | Vivian Grijalva, et al. v. Kevin Mason, P.A., et al. |
| 8:19-cv-00858-JLS-ADSx | P and P Imports LLC v. Pro Sports Inc. et al. |
| 8:19-cv-01318-JLS-ADSx | Waterworks Aquatics, et al. v. Andrew Brown, et al. |
| 8:19-cv-01396-JLS-JDEx | James Zarian v. SK Magnolia Holdings Group LLC, et al. |
| 8:19-cv-01812-JLS-KESx | Liliana Rincon v. Costco Wholesale Corporation, a Washington Corporation, et al. |
| 8:19-cv-02330-JLS-JDEx | Jocelyn Hernandez v. Takata Corporation, et al. |
| 8:19-cv-02363-JLS-JDEx | Adam Stull et al v. Victoria Torrez, et al. |
| 8:20-cv-00026-JLS-ADSx | Left Coast Brewing Co. v. Left Coast Cellars, et al. |
| 8:20-cv-00429-JLS-ADSx | United African-Asian Abilities Club, et al. v. Pralle and Case No. 2, LP et al. |
| 8:20-cv-00527-JLS-ADSx | Perkinelmer Health Sciences, Inc. v. Excelbis Labs LLC et al. |

In the Matter of the
Creation of Calendar for
District Judge Mark C. Scarsi                                                                                                2

| | |
|---|---|
| 8:20-cv-00727-JLS-JDEx | Chris Langer v. Lescher-Stockon Properties LLC, et al. |
| 8:20-cv-01046-JLS-DFMx | Maria Florencia Isola v. The Prudential Insurance Company of America, et al. |
| 8:20-cv-01056-JLS-ADSx | Maxlite, Inc. v. ATG Electronics, Inc., et al. |
| 8:20-cv-01265-JLS-ADSx | Vasil Popov v. Total Credit Recovery, Inc. |
| 8:20-cv-01620-JLS-ADSx | James Rutherford v. 1721 Katella, LLC et al. |
| 8:20-cv-01656-JLS-DFMx | Jin Lee v. MKK Investment Corporation et al. |
| 8:20-cv-01758-JLS-KESx | Kaloyan Kostadinov v. The Hartford Life and Accident Insurance Company |
| 8:20-cv-01759-JLS-ADSx | Victor Aguirre v. Veronica Herrera et al. |

DATED: September 25, 2020

_____
Chief Judge Philip S. Gutierrez